# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

WILLIAM F. EDENFIELD,

    Plaintiff,

v.                      CASE NO. 4:08cv305-RH/WCS

SHRILEY DIANN ULMER,

    Defendant.

_____/

## ORDER OF DISMISSAL

This matter is before the court on the magistrate judge's report and recommendation (document 10) and the objections (document 11). I have reviewed the matter *de novo*, that is, without deferring to the magistrate judge.

The plaintiff asserts that the defendant has taken his property, including the recreational vehicle he bought as his only residence. But the plaintiff makes no claim that the defendant acted under color of law—that is, as an agent of the State of Florida or any other government. Instead, the plaintiff complains of the defendant's private misconduct.

The plaintiff has failed to state a claim arising under federal law. The

plaintiff has failed to allege any other basis for federal jurisdiction.  This action thus must be dismissed.

This is so even though the plaintiff asserts a sympathetic claim.  If what the plaintiff says is true, he might be entitled to relief in a lawsuit brought in an appropriate state court.  If what the plaintiff says is true, he may be able to obtain assistance without charge from an attorney provided through a legal aid organization such as the Legal Aid Foundation of the Tallahassee Bar Association, Inc. (reachable at 301 S. Monroe Street, Tallahassee, Florida 32301, or by telephone at (850) 222-3004) or Legal Services of North Florida, Inc. (reachable at 2119 Delta Boulevard, Tallahassee, Florida 32301, or by telephone at (850) 385-9007).  This order expresses no opinion on whether the plaintiff is entitled to relief or on whether he is eligible for assistance from these organizations.

Accordingly,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court.  The complaint is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B).

The clerk must enter judgment accordingly, must enter on the docket that the case was dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B), and must close the file.

SO ORDERED on August 26, 2008.

s/Robert L. Hinkle
Chief United States District Judge
